ENGLEHARD CORPORATION v. SUTTON WOODBRIDGE
ASSOCIATES.

July 13, 1983.

Petition for certification granted.

MIDDLESEX COUNTY EDUCATIONAL SERVICES COMMISSION
EDUCATION ASSOCIATION v. BOARD OF DIRECTORS OF
THE MIDDLESEX COUNTY EDUCATIONAL SERVICES COM-
MISSION.

July 13, 1983.

Petition for certification denied.

BATES MARKETING ASSOCIATION, INC. v. LLOYD'S
ELECTRONICS, INC.

July 13, 1983.

Petition for certification granted. (See 190 *N.J.Super.* 502)

BATES MARKETING ASSOCIATION, INC. v. LLOYD'S
ELECTRONICS, INC.

July 13, 1983.

Cross-petition for certification granted. (See 190 *N.J.Super.* 502)